*man, Assistant Attorney General Campbell* and *Robert S. Erdahl* for respondent.

No. 92. TURNER GLASS CORP. *v.* HARTFORD-EMPIRE Co. ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion certiorari should be granted. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *John G. Rauch, Perry E. O'Neal, Patrick J. Smith* and *Robert D. Morgan* for petitioner. *Hubert Hickam, Alan W. Boyd, Albert R. Connelly, Joseph J. Daniels, Paul Y. Davis, Fred E. Fuller* and *Leslie Henry* for respondents.

No. 100. MAY *v.* UNITED STATES;

No. 101. GARSSON *v.* UNITED STATES; and

No. 102. GARSSON *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE CLARK took no part in the consideration or decision of these applications. *Warren E. Magee* and *Daniel J. Andersen* for petitioner in No. 100. *Arthur Garfield Hays, Osmond K. Fraenkel, John Schulman, Charles J. Margiotti* and *Perry Howard* for petitioner in No. 101. *Charles J. Margiotti, Allen J. Krouse* and *Samuel Goldstein* for petitioner in No. 102. *Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl* and *Philip R. Monahan* for the United States.

No. 165. SCHWENK *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *George W. Riley* for petitioner. *Solicitor General Perlman, Assistant Attorney General Campbell, Stanley M. Silverberg* and *Robert S. Erdahl* for the United States.